## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:    08 CV 2030 |

ELLA GLOVER

v.

KENWOOD HEALTHCARE CENTER, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Kenwood Healthcare Center, Inc.

JURY DEMANDED

| |
|---|
| NAME (Type or print)<br>Gary D. Ashman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Gary D. Ashman |
| FIRM    Ashman & Stein |
| STREET ADDRESS    150 North Wacker Drive - Suite 3000 |
| CITY/STATE/ZIP    Chicago, Illinois 60606 |

| | |
|---|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>37710 | TELEPHONE NUMBER 312/782-3484 |

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO G |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES G    NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO G |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO G |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL G        APPOINTED COUNSEL G |