UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Ella Glover
                              Plaintiff,

v.                                          Case No.: 1:08−cv−02030
                                            Honorable Virginia M. Kendall

Kenwood Healthcare Center, Inc
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 18, 2008:


    MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and
continued to 11/19/2008 at 09:00 AM. All discovery shall be completed by ordered closed
by 11/18/2008. Dispositive motions with supporting memoranda due by 12/18/2008.
Response is to be filed by 1/19/2009. Reply is due by 2/2/2009. Court will rule by mail.
Jury Trial set for 6/8/2009 at 09:15 AM. Advised in open court (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.