IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELLA GLOVER,                            )
                                        )
        Plaintiff,                   )
                                        )
    v.                            )    No.  08 CV 2030
                                        )
KENWOOD HEALTHCARE CENTER, INC.,        )    Judge Kendall
                                        )
        Defendant.                   )    Magistrate Judge Keys

## NOTICE OF FILING

    TO:  Mr. Uche O. Asonye
          Mr. Scott Fanning
          Asonye & Associates
          11 South LaSalle Street
          Suite 2140
          Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on July 1, 2008, we filed with the Clerk of the United States District Court, Defendant's Answer to Counts I and III of the Complaint, a copy of which is herewith served on you.


                    S/Gary D. Ashman


Gary D. Ashman
Ashman & Stein
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/782-3484

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the within Notice and Answer was served electronically through the Court's ECF filing system on:

> Mr. Uche O. Asonye
> Mr. Scott Fanning
> Asonye & Associates
> 11 South LaSalle Street
> Suite 2140
> Chicago, Illinois 60603

S/Gary D. Ashman

Gary D. Ashman
Ashman & Stein
Attorneys for Defendant
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/782-3484