IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLA GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 CV 2030 |
| | ) | |
| KENWOOD HEALTHCARE CENTER, INC., | ) | Judge Kendall |
| | ) | |
| Defendant. | ) | Magistrate Judge Keys |

## NOTICE OF MOTION

TO:  Mr. Uche O. Asonye
Mr. Scott Fanning
Asonye & Associates
11 South LaSalle Street
Suite 2140
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on July 8, 2008, at 9:00 a.m., I shall appear before the Honorable Judge Virginia Kendall of the Northern District of Illinois, Eastern Division, in her courtroom located at 219 South Dearborn Street, Room 2319, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss Count II and Memorandum in Support, a copy of which has been served upon you.

S/Gary D. Ashman

Gary D. Ashman
Ashman & Stein
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/782-3484

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that a copy of the within Notice, Moiton and Memorandum in Support was served electronically through the Court's ECF filing system on:

>Mr. Uche O. Asonye
>Mr. Scott Fanning
>Asonye & Associates
>11 South LaSalle Street
>Suite 2140
>Chicago, Illinois 60603

                S/Gary D. Ashman

Gary D. Ashman
Ashman & Stein
Attorneys for Defendant
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/782-3484