IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELLA GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 CV 2030 |
| | ) | |
| KENWOOD HEALTHCARE CENTER, INC., | ) | Judge Kendall |
| | ) | |
| Defendant. | ) | Magistrate Judge Keys |

### NOTICE OF FILING

TO: Mr. Uche O. Asonye
Mr. Scott Fanning
Asonye & Associates
11 South LaSalle Street
Suite 2140
Chicago, Illinois 60603

PLEASE TAKE NOTICE that on July 29, 2008, we filed with the Clerk of the United States District Court, Defendant's Reply Memorandum in Support of Defendant's Motion to Dismiss Count II, a copy of which is herewith served on you.

S/Gary D. Ashman

Gary D. Ashman
Ashman & Stein
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/782-3484

\\Garysec\shareddocs\garydocs\SW Management\Kenwood\Glover\Notice of Filing - U.S, District Court.wpd

## CERTIFICATE OF SERVICE

  The undersigned attorney certifies that a copy of the within Notice and Defendant's Reply Memorandum in Support of Defendant's Motion to Dismiss Count II was served electronically through the Court's ECF filing system on:

    Mr. Uche O. Asonye
    Mr. Scott Fanning
    Asonye & Associates
    11 South LaSalle Street
    Suite 2140
    Chicago, Illinois 60603


            S/Gary D. Ashman


Gary D. Ashman
Ashman & Stein
Attorneys for Defendant
150 North Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: 312/782-3484